UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

ARTHUR F. COYNE,

               Plaintiff,

  v.

STATIONS CASINOS LLC, et al.,

               Defendants.

Case No. 2:16-cv-02950-JCM-NJK

ORDER

Presently before the court is the matter of *Coyne v. Station Casinos LLC et al.*, case number 2:16-cv-02950-JCM-NJK.

On December 28, 2016, defendants filed a motion to dismiss plaintiff's complaint.  (ECF No. 5).  On January 12, 2017, plaintiff filed an amended complaint (ECF No. 10), thereby mooting defendants' motion.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that defendants' motion to dismiss (ECF No. 5) be, and the same hereby is, DENIED as moot.

DATED THIS 18th day of January, 2017.

JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE