UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ARTHUR F. COYNE, | Case No. 2:16-cv-02950-JCM-NJK |
| Plaintiff(s), | |
| vs. | ORDER |
| STATION CASINOS LLC, et al., | (Docket No. 16) |
| Defendant(s). | |

Pending before the Court is a discovery plan in which Defendants contend that discovery should be stayed pending resolution of their motion to dismiss, and further indicate that they intend to file a motion to stay. Docket No. 16 at 3. The Court **DENIES** the discovery plan without prejudice. No later than February 16, 2017, Defendants shall file a motion to stay discovery addressing the applicable standards. *See, e.g.*, *Kor Media Group, LLC v. Green*, 294 F.R.D. 579, 581 (D. Nev. 2013). The response must be filed by February 27, 2017, and the reply must be filed by March 3, 2017.

IT IS SO ORDERED.

DATED: February 9, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge